IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY BURRIS                                                                                          PLAINTIFF

Vs                                       CASE NO.: 5:07CV00087 BSM

LINCOLN COUNTY QUORUM COURT, et al                                    DEFENDANTS

## ORDER

The Amended Final Scheduling Order filed in this matter on May 9, 2008 (document # 10), directed the parties to file a Status Report by July 10, 2008 and Pretrial Disclosure Sheets by August 8, 2008. The parties, however, have failed to file both documents. The parties are therefore directed to file a Status Report and Pretrial Disclosure Sheets by Friday, August 29, 2008.

IT IS SO ORDERED this 26th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE