**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BILLY BURRIS**                                                                                              **PLAINTIFF**

v.                                        CASE NO. 5:07-CV-087 BSM

**QUORUM COURT OF LINCOLN COUNTY,
ARKANSAS; THE INDIVIDUAL MEMBERS OF
THE QUORUM COURT OF LINCOLN COUNTY,
ARKANSAS, in their official capacities only; LARRY
MCGEE, the Sheriff of Lincoln County, Arkansas, in both
in his official and individual capacities; JASON CASE,
Deputy Sheriff of Lincoln County, Arkansas, in both his
official and individual capacities; BENJAMIN REEVES,
Deputy Sheriff of Lincoln County, Arkansas, in both his
official and individual capacities; and KEVIN GOFORTH,
Deputy Sheriff of Lincoln County, Arkansas, in both his
official and individual capacities**                                                       **DEFENDANTS**

**JUDGMENT**

Pursuant to the order of this date, granting defendants' motion for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 27th day of August, 2008.

                                                                                    *Brian S. Miller*
                                                                                    UNITED STATES DISTRICT JUDGE