**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BILLY BURRIS**                                                                                       **PLAINTIFF**

**v.**                                    **CASE NO. 5:07-CV-087 BSM**

**QUORUM COURT OF LINCOLN COUNTY,
ARKANSAS; THE INDIVIDUAL MEMBERS OF
THE QUORUM COURT OF LINCOLN COUNTY,
ARKANSAS, in their official capacities only; LARRY
MCGEE, the Sheriff of Lincoln County, Arkansas, in both
in his official and individual capacities; JASON CASE,
Deputy Sheriff of Lincoln County, Arkansas, in both his
official and individual capacities; BENJAMIN REEVES,
Deputy Sheriff of Lincoln County, Arkansas, in both his
official and individual capacities; and KEVIN GOFORTH,
Deputy Sheriff of Lincoln County, Arkansas, in both his
official and individual capacities**                                                     **DEFENDANTS**

## ORDER

The parties have filed a joint motion to dismiss stating that they have settled this case. The motion is granted.

Accordingly, the joint motion to dismiss (Doc. No. 35) is granted. This case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 27th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE